UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br><br> Edgar Maxilmiliano MEZA-Diarte, <br><br> Defendant. | Magistrate Docket No. '21 MJ1013 <br><br> <u>COMPLAINT FOR VIOLATION OF:</u> <br> Title 18, USC Section 111, Assault on a Federal Officer |

The undersigned complainant, being duly sworn, states:

On or about March 12, 2021, within the Southern District of California, Defendant, Edgar Maxilmiliano MEZA-Diarte, did knowingly, intentionally, willfully and forcibly assault a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent J. Aguon, in that Defendant assaulted Agent J. Aguon by striking Agent Aguon in the eye while Agent Aguon was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 15, 2021.

HON. LINDA LOPEZ
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Edgar Maxilmiliano MEZA-Diarte

## AMENDED PROBABLE CAUSE STATEMENT

On March 12, 2021, Border Patrol Agent J. Aguon, was conducting assigned duties in the Imperial Beach Border Patrol Station's area of responsibility in his full rough duty uniform. At approximately 2:40 PM, Agent Aguon observed one individual, later identified as the defendant, Edgar Maxilmiliano MEZA-Diarte illegally cross over into the United States from Mexico. MEZA walked across the solid yellow international boundary line that is painted along the concrete portion inside the channel through which the Tijuana River flows from Mexico into the United States. Agent Aguon maintained surveillance on MEZA from a distance, to see if he was going to continue northwest towards his position. This area is located approximately 75 yards north of the United States/Mexico International Boundary and approximately 200 yards west of the San Ysidro, California Port of Entry.

Agent Aguon watched MEZA make his way westbound through the muddy and murky water in channel until he reached his location. At this moment, Agent Aguon took his handcuffs out as MEZA kept walking towards him. As MEZA got closer, Agent Aguon gave him verbal commands in the Spanish Language to "sit down." MEZA ignored his commands to sit down and kept walking westbound. As Agent Aguon approached MEZA to affect an arrest, MEZA swung with his right hand striking Agent Aguon in his left eye. Agent Aguon took a few steps back, took out his baton, and relayed what happened over his service issued radio. MEZA saw the baton and turned his body around as if he was going to start running south into Mexico. Agent Aguon reached for him and was able to grab MEZA from his shoulders and bring him to the ground. Once on the ground, MEZA stopped resisting, Agent Aguon placed him in handcuffs and waited for backup to arrive. After making sure MEZA was under control, Agent Aguon conducted an immigration inspection. MEZA stated that he is a citizen of Spain without proper immigration documents which would allow him to enter or remain in the United States legally. At approximately 3:00 PM, Agent Aguon placed MEZA under arrest.

At the station, routine record checks revealed that defendant MEZA is a citizen and national of Mexico.

## CONTINUATION OF COMPLAINT:
Edgar Maxilmiliano MEZA-Diarte

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 12, 2021, Border Patrol Agent J. Aguon, was conducting assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 2:40 PM, Agent Aguon observed one individual, later identified as the defendant, Edgar Maxilmiliano MEZA-Diarte illegally cross over into the United States from Mexico. MEZA walked across the solid yellow international boundary line that it is painted along the concrete portion inside the channel. Agent Aguon maintained surveillance on MEZA from a distance, to see if he was going to continue northwest towards his position. Agent Aguon watched MEZA make his way westbound through the muddy and murky water in channel until he reached his location. This area is located approximately 75 yards north of the United States/Mexico International Boundary and approximately 200 yards west of the San Ysidro, California Port of Entry. At this moment, Agent Aguon took his handcuffs out as MEZA kept walking towards him. As MEZA got closer, Agent Aguon gave him verbal commands in the Spanish Language to "sit down." MEZA ignored his commands to sit down and kept walking westbound. As Agent Aguon approached MEZA to affect an arrest, MEZA swung with his right hand striking Agent Aguon in his left eye. Agent Aguon took a few steps back and took out his baton. MEZA saw his baton and turned his body around as if he was going to start running south into Mexico. Agent Aguon reached for him and was able to grab MEZA from his shoulders and bring him to the ground. Once on the ground MEZA stopped resisting, Agent Aguon placed him in handcuffs and waited for backup to arrive. After making sure MEZA was under control, Agent Aguon conducted an immigration inspection. MEZA stated that he is a citizen of Spain without proper immigration documents which would allow him to enter or remain in the United States legally. At approximately 3:00 PM, Agent Aguon placed MEZA under arrest.

CONTINUATION OF COMPLAINT:
Edgar Maxilmiliano MEZA-Diarte

At the station, routine record checks revealed that defendant MEZA is a citizen and national of Mexico.

**Executed on March 13, 2021, at 10:00 AM.**

_____
Raul Guillent
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 12, 2021, in violation of 18 USC 111(a)(1).

_____          | 11:38 AM, Mar 13, 2021 |
HON. LINDA LOPEZ                            Date/Time
United States Magistrate Judge